No. 206. HOUSTON INSULATION CONTRACTORS ASSOCIATION *v.* NATIONAL LABOR RELATIONS BOARD, 386 U. S. 664;

No. 413. NATIONAL LABOR RELATIONS BOARD *v.* HOUSTON INSULATION CONTRACTORS ASSOCIATION, 386 U. S. 664;

No. 981. FELBER *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, 386 U. S. 1005;

No. 1049. DACEY ET AL. *v.* GRIEVANCE COMMITTEE OF THE BAR OF FAIRFIELD COUNTY, 386 U. S. 683;

No. 1067. MILLER BREWING CO. *v.* JONES, DIRECTOR OF REVENUE OF ILLINOIS, 386 U. S. 684;

No. 1101. EVANSON ET AL. *v.* NORTHWEST HOLDING Co., 386 U. S. 1004; and

No. 1126. WASHINGTON *v.* GOLDEN STATE MUTUAL LIFE INSURANCE Co., 386 U. S. 1007. Petitions for rehearing denied.

No. 711. FORSTER MFG. Co., INC., ET AL. *v.* FEDERAL TRADE COMMISSION, 385 U. S. 1003. Motion for leave to file petition for rehearing denied.

No. 1359, Misc. SKOLNICK *v.* ROBSON, U. S. DISTRICT JUDGE, 386 U. S. 1002;

No. 1362, Misc. HONEA *v.* FLORIDA, 386 U. S. 1012;

No. 1372, Misc. TKACZYK ET AL. *v.* GALLAGHER ET AL., 386 U. S. 1013;

No. 1393, Misc. KROHN *v.* CHASE MANHATTAN BANK, 386 U. S. 1023;

No. 1400, Misc. SARTAIN *v.* PITCHESS, SHERIFF, 386 U. S. 1025;

No. 1408, Misc. CAREY *v.* GEORGE WASHINGTON UNIVERSITY, 386 U. S. 1013; and

No. 1410, Misc. FOGGY *v.* ARIZONA, 386 U. S. 1025. Petitions for rehearing denied.